# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

154631(45)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JOHN DOE 11, JOHN DOE 12, JOHN
DOE 13, JOHN DOE 14, JOHN DOE 15,
JOHN DOE 16, JOHN DOE 17, JOHN
DOE 18, and JANE DOE 1, on behalf of
themselves and others similarly situated,
       Plaintiffs-Appellees,

v

SC: 154631
COA: 332260
Washtenaw CC: 13-001196-CZ

DEPARTMENT OF CORRECTIONS,
GOVERNOR OF THE STATE OF MICHIGAN,
DIRECTOR OF MICHIGAN DEPARTMENT
OF CORRECTIONS, DEPUTY DIRECTOR
OF MDOC CORRECTIONAL FACILITIES
ADMINISTRATION, FORMER DEPUTY
DIRECTOR OF MDOC CORRECTIONAL
FACILITIES ADMINISTRATION, CHIEF
DEPUTY DIRECTOR OF MDOC CORRECTIONAL
FACILITIES ADMINISTRATION, WARDEN OF
CARSON CITY CORRECTIONAL FACILITY,
WARDEN OF CHARLES EGELER RECEPTION AND
GUIDANCE CENTER, WARDEN OF EARNEST C.
BROOKS CORRECTIONAL FACILITY, WARDEN
OF GUS HARRISON CORRECTIONAL FACILITY,
WARDEN OF RICHARD A. HANDLON
CORRECTIONAL FACILITY, WARDEN OF OAKS
CORRECTIONAL FACILITY, WARDEN OF THUMB
CORRECTIONAL FACILITY, WARDEN OF
CHIPPEWA CORRECTIONAL FACILITY, WARDEN
OF MARQUETTE BRANCH PRISON, WARDEN OF
BELLAMY CREEK CORRECTIONAL FACILITY,
WARDEN OF KINROSS CORRECTIONAL FACILITY,
WARDEN OF NEWBERRY CORRECTIONAL FACILITY,
WARDEN OF MICHIGAN REFORMATORY,
and WARDEN OF SAGINAW CORRECTIONAL
       Defendants-Appellants.
_____/

       On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before December 28, 2016.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk